IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILLIAM F. SMITH, JR.,

    Plaintiff,

v.                                                  Civil Action No. 3:18cv170

AMAZON.COM.KYDC, LLC,

    Defendant.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court GRANTS the Motion to Dismiss. (ECF No. 2.) The Court DISMISSES Smith's Complaint WITHOUT PREJUDICE.

Smith is ADVISED that, to the extent any right to appeal this decision might exist, written notice of appeal must be filed with the Clerk of Court within thirty (30) days of the date of entry hereof.[6] Failure to file an appeal within that period may result in the loss of a right to appeal.

Let the Clerk send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record and to Smith at his address of record.

It is so ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 6/15/2018
Richmond, Virginia

---

[6] *See* Fed. R. App. P. 4(a)(1)(A).